MERRICK GARLAND
Attorney General
KRISTEN CLARKE
Assistant Attorney General for Civil Rights
SAMEENA SHINA MAJEED
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
LAUREN M. MARKS
Trial Attorney
Housing and Civil Enforcement Section
United States Department of Justice
950 Pennsylvania Avenue NW--4CON
Washington, DC 20530
Tel: (202) 532-3876
Email: Lauren.Marks@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
RICHARD M. PARK
Chief, Civil Rights Section, Civil Division
MARGARET M. CHEN (Cal. Bar. No. 288294)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012
Tel: (213) 894-3148
E-mail: Margaret.Chen@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-cv-03615 |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| ABRAHAM KESARY and M&F DEVELOPMENT, LLC, | *Demand for Jury Trial* |
| Defendants. | |

COMPLAINT                                                                                                                                0

The United States of America (the "United States") alleges as follows:

1. The United States brings this action to enforce the provisions of Title VIII of the Civil Rights Act of 1968, as amended, 42 U.S.C. §§ 3601–3631 (the "Fair Housing Act").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. § 3614(a).

3. Venue is proper in this district under 28 U.S.C. § 1391(b) because the actions and omissions giving rise to the United States' claims occurred in the Central District of California, and Defendants reside and do business in the Central District of California.

## PARTIES

4. Plaintiff is the United States of America.

5. Defendant M&F Development, LLC ("M&F") is a California domestic limited liability company with its principal place of business at 606 South Hill Street, Suite 701, Los Angeles, California 90014. At all times relevant to this complaint, M&F owned the rental property located at 445 South Western Avenue, Los Angeles, California 90020 (hereinafter "Subject Property").

6. Defendant Abraham Kesary ("Kesary") is a resident of Los Angeles, California. At all times relevant to this complaint, Kesary was the property manager at the Subject Property. In that capacity, Kesary acted as an agent with the consent of M&F. Kesary had actual and apparent authority to manage the Subject Property on behalf of M&F as the on-site manager of the Subject Property.

## FACTUAL BACKGROUND

7. The Subject Property is a "[d]welling" within the meaning of the Fair Housing Act, 42 U.S.C. § 3602(b).

8. At all times relevant to this complaint, Kesary performed a full range of management duties relating to the Subject Property including, but not limited to,

showing dwellings to prospective tenants; accepting rental applications; establishing the terms of leases, rent rates, and security deposits; collecting rent; receiving maintenance requests; supervising maintenance crews for repairs; and communicating with tenants about late payments.

9. From at least 2012 until at least 2020, Kesary has subjected tenants of the Subject Property to discrimination on the basis of sex, including severe, pervasive, and unwelcome sexual harassment. Kesary's conduct has included, but is not limited to:

    a. Offering to grant tangible housing benefits, such as waiving or reducing rent payments and late fees, to female tenants in exchange for sexual acts;

    b. Subjecting female tenants to unwelcome sexual acts, including sexual touching and attempted penetration and kissing;

    c. Subjecting female tenants to unwelcome touching and groping, including touching their breasts;

    d. Making unwelcome sexual advances or unwelcome sexual comments, including invitations to engage in or provide sexual acts, to female tenants; and

    e. Entering the homes of female tenants without their permission and with no apparent legitimate reason to do so.

10. For example, in 2019, Kesary took a female tenant to an empty rental unit where he forced her to engage in unwelcome sexual acts, including sucking on her nipples and attempting to penetrate her vagina with his penis. All of this conduct was unwelcome.

11. In another example, in 2012, Kesary took a female tenant out to dinner, pushed himself on top of her in the back seat of his vehicle, attempted to kiss her, removed her underwear and rubbed his penis on her vagina. He later took

COMPLAINT                                                                                           2

her to his apartment and took off her shirt and sucked on her nipples, after which he insisted on paying her $100. All of this conduct was unwelcome.

12. In addition, at least in 2020, 2014, and 2012, Kesary has sought sexual acts from multiple female tenants in exchange for unpaid or late rent.

13. The experiences of the tenants described in paragraphs 8–11 were not the only instances of Kesary's sexual harassment of female tenants. Rather, they were part of his pattern or practice of illegal sexual harassment of numerous female tenants from at least 2012 through at least 2020.

14. Kesary's conduct described in this complaint caused female tenants and persons associated with them to suffer fear, anxiety, and emotional distress, and interfered with their ability to secure and maintain rental housing for themselves.

15. Kesary's discriminatory conduct described above occurred while he was exercising his authority as an agent for M&F at the Subject Property. M&F is vicariously liable for Kesary's conduct, regardless of whether it knew or should have known of it.

## CAUSE OF ACTION
## (FAIR HOUSING ACT VIOLATIONS)

16. The United States realleges and incorporates by reference herein the allegations contained in Paragraphs 1 through 15 as if set forth here in full.

17. By the conduct described in the foregoing paragraphs, Defendants have:

    a. Refused to rent or negotiate for the rental of, or otherwise made unavailable or denied, dwellings to persons because of sex, in violation of 42 U.S.C. § 3604(a);

    b. Discriminated in the terms, conditions, or privileges of the rental of dwellings, or in the provision of services or facilities

COMPLAINT                                                                 3

in connection therewith, because of sex, in violation of 42 U.S.C. § 3604(b);

c. Made statements with respect to the rental of dwellings that indicate a preference, limitation, or discrimination based on sex, in violation of 42 U.S.C. § 3604(c); and

d. Coerced, intimidated, threatened, or interfered with persons in the exercise or enjoyment of, or on account of their having exercised or enjoyed, their rights granted or protected by the Fair Housing Act, in violation of 42 U.S.C. § 3617.

18. Under 42 U.S.C. § 3614(a), Defendants' conduct as described in the foregoing paragraphs constitutes:

e. A pattern or practice of resistance to the full enjoyment of the rights granted by the Fair Housing Act, and

f. A denial of rights granted by the Fair Housing Act to a group of persons, which denial raises an issue of general public importance.

19. Defendants' discriminatory conduct has harmed tenants and persons associated with them. These persons are "[a]ggrieved person[s]" as defined in 42 U.S.C. § 3602(i), and have suffered damages as a result of Defendants' conduct.

20. Defendants' conduct was intentional, willful, or taken in reckless disregard of the rights of others.

## PRAYER FOR RELIEF

WHEREFORE, the United States prays that the Court enter an Order that:

1. Declares that Defendants' conduct set forth above violates the Fair Housing Act;

2. Enjoins Defendants, their agents, employees, successors, and all other persons or entities in active concert or participation with them from:

      a.    Discriminating on the basis of sex, including engaging in sexual harassment, in any aspect of the sale or rental of a dwelling;

      b.    Discriminating on the basis of sex in the terms, conditions, or privileges of the sale or rental of a dwelling, or in the provision of services or facilities in connection therewith;

      c.    Making statements with respect to the sale or rental of a dwelling that indicate a preference, limitation, or discrimination based on sex;

      d.    Coercing, intimidating, threatening, interfering with, or threatening to take any action against any person engaged in the exercise or enjoyment of, or on account of their having exercised or enjoyed, rights granted or protected by the Fair Housing Act;

      e.    Failing or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, aggrieved persons affected by Defendants' past unlawful practices to the position they would have been in but for the discriminatory conduct; and

      f.    Failing or refusing to take such affirmative steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future;

3.    Awards monetary damages to each person aggrieved by Defendants' conduct, under 42 U.S.C. § 3614(d)(1)(B);

4.    Assesses civil penalties against Defendants in order to vindicate the public interest, under 42 U.S.C. § 3614(d)(1)(C); and

5.    Awards such additional relief as the interests of justice may require.

/ / /

/ / /

/ / /

# DEMAND FOR JURY TRIAL

The United States demands a trial by jury.

Dated: May 11, 2023

Respectfully submitted,

MERRICK GARLAND
Attorney General

E. MARTIN ESTRADA
United States Attorney
Central District of California

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

SAMEENA SHINA MAJEED
Chief, Housing and Civil
Enforcement Section

RICHARD M. PARK
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

MEGAN K. WHYTE DE VASQUEZ
Deputy Chief, Housing and Civil
Enforcement Section

　　*/s/ Margaret M. Chen*
MARGARET M. CHEN
Assistant United States Attorney
Civil Rights Section, Civil Division

　　*/s/ Lauren M. Marks*
LAUREN M. MARKS
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

*Attorneys for the United States*